United States District Court
for the District of Columbia

Civil Division

Johnny Ray Chandler, Sr.

    Plaintiff,

    V.    Case #

U.S. Dept. of Justice, et al.,

    Defendants.

Case: 1:07-mc-00278
Assigned To : Sullivan, Emmet G.
Assign. Date : 6/28/2007
Description: Miscellaneous

## Notice of Appeal

    Comes now plaintiff, Johnny Ray Chandler, Sr. Pursuant to the Fed. R. App. Pro. and the Rules of this Court, Respectfully moves this Court to allow me to appeal the enclosed decision.

    On February 16, 2007, I attempted to file the enclosed 42-1983 Civil Action Complaint. On March 8, 2007, I was denied Leave to file the enclosed Complaint.

    Wherefore, I am appealing that decision. (see exhibits A.B)

Johnny Ray Chandler, Sr.

1-

Exhibit A.

CO 217B
Rev. 2/06
FPI-SST

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

__Johnny Ray Chandler__
Plaintiff(s)

vs.

__US Dept. of Justice__
Defendant(s)

Dear: __Mr. Chandler__ :

In the above entitled case, please be advised that on __3/8/07__ Judge __Sullivan__ endorsed thereon as follows:

"Leave to file without prepayment of costs is **DENIED**."

As a result of the Judge's ruling, your case has not been filed with our Court and is being returned to you at this time. Thank you.

NANCY MAYER-WHITTINGTON, CLERK

By: __L. Scott__
Deputy Clerk

Exhibit - B.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY RAY CHANDLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | |
| US. DEPARTMENT OF JUSTICE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter comes before the Court upon review of plaintiff's *pro se* complaint and an application for leave to proceed *in forma pauperis*. The Court of Appeals has previously issued an order barring plaintiff from proceeding *in forma pauperis* based on 28 U.S.C. § 1915(g). *See Chandler v. Dist. of Columbia Dep't of Corrs.*, 208 F.3d 1032, 1036-37 (D.C. Cir. 2000). Accordingly, it is

ORDERED that plaintiff's application for leave to proceed *in forma pauperis* is DENIED and the case DISMISSED without prejudice.

/s/
United States District Judge

DATED: 3/8/07