United States District Court
for the District of Columbia

Johnny Ray Chandler,

    Appellant,

V.    Case No.

Case: 1:07-mc-00278
Assigned To : Sullivan, Emmet G.
Assign. Date : 6/28/2007
Description: Miscellaneous

U.S. Dept. of Justice, et al.,

    Appellee.

Motion For Appointment of Counsel or Amicus Cureari

    Comes now Appellant, Johnny Ray Chandler, Sr. Pursuant to the Fed. R. App. Pro. and the Rules of this Court. Respectfully moves this Court to appoint an Attorney or an Amicus Cureari to represent me in the following Appeal. I am not a member of the Bar of this Court. Plus, I am not well versed on the Rules of this Court. Wherefore, I move this Court to appoint an Attorney, or Amicus in this Appeal.

    Respectfully Submitted,

    Johnny Ray Chandler, Sr.

2