UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY RAY CHANDLER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S DEPARTMENT OF JUSTICE, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 07mc278 EGS |

## ORDER

It is hereby

ORDERED that plaintiff's motion for appointment of counsel or for amicus curiae [Dkt. #2] is DENIED.

SO ORDERED.

/s/ Henry Kennedy
United States District Judge

Date: 7/20/07